**Opinion issued July 6, 2023**



In The

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00756-CR**

**NO. 01-22-00757-CR**

———————————

**IN RE DAVID FRENCH ORTEGA, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator David French Ortega filed a petition for writ of mandamus in two trial court cases complaining of the trial court's failure to rule on his motion to replace appointed counsel.[1] After learning that relator's appointed counsel withdrew and new counsel was appointed, we issued a notice that the proceeding

---

[1] The underlying cases are *The State of Texas v. David French Ortega*, cause numbers 1727910 and 1727911, pending in the 263rd District Court of Harris County, Texas, the Honorable Amy Martin presiding.

might be dismissed as moot unless relator filed a response establishing that the proceeding is not moot. On May 30, 2023, relator filed a response conceding that the proceeding was moot.

When the relief sought by petition for writ of mandamus is moot because the act sought to be compelled has already occurred, the petition will be dismissed on the ground that the relief sought has become moot. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014). Here, the relief sought was the replacement of appointed counsel. Because the trial court appointed new counsel and relator's original appointed counsel withdrew, the relief relator sought in this petition is now moot.

We dismiss the petition. Any pending motions are also dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).